UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOE MYERESS**, <br> Plaintiff, <br> v. <br> **USA WORLD BUSINESS SERVICE, INC.**, <br> Defendant. | Case No. 16-cv-05236-YGR <br><br> **ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION; GRANTING MOTION FOR DEFAULT JUDGMENT** <br><br> Re: Dkt. Nos. 16, 21 |

The Court has reviewed Magistrate Judge Kim's Report and Recommendation to Grant Plaintiff's Motion for Default Judgment (Dkt. No. 21), to which no party filed an objection. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect.

Accordingly, and for the reasons set forth in the Report, Plaintiff's Motion for Default Judgment (Dkt. No. 16) is **GRANTED**. The Judgment shall be entered by separate Order.

This terminates Docket Numbers 16 and 21.

**IT IS SO ORDERED.**

Dated: March 14, 2017

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**