UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**JOE MYERESS**,

    Plaintiff,

v.

**USA WORLD BUSINESS SERVICE, INC.**,

    Defendant.

Case No. 16-cv-05236-YGR

**FINAL JUDGMENT**

Re: Dkt. Nos. 16, 21

On March 14, 2017, the Court adopted Magistrate Judge Kim's Report and Recommendation and granted plaintiff's motion for default judgment. Thus, it is hereby **ORDERED AND ADJUDGED** as follows:

1. Plaintiff is awarded $45,000 in statutory damages and $9,020.33 in attorney's fees and costs.

2. Plaintiff's request that defendant be permanently enjoined from infringing upon plaintiff's photographic image of a sunrise cityscape is **DENIED**.

**IT IS SO ORDERED.**

Dated: March 14, 2017

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**